IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01665-WYD-CBS

BURNIE R. BAKER,

    Plaintiff(s),

v.

JOHN E. POTTER, POSTMASTER GENERAL, and
the UNITED STATES POSTAL SERVICE,

    Defendant(s).
_____

## ORDER OF DISMISSAL
_____

    THIS MATER is before the Court on the parties' Stipulation for Dismissal, filed September 28, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  September 28, 2005

                                    BY THE COURT:


                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge